1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT FOR THE**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11

12 PATRICK W. HOGGAN,                                      Case No.:  2:21-cv-01862-DJC-CKD

13        Plaintiff,

14        v.                                                        **ORDER**

15 SPECIALIZED LOAN SERVICING, LLC, ET

16 AL.,

17        Defendant.

18

19        On January 31, 2024, the Court granted Plaintiff thirty (30) days to obtain new

20 counsel and advised that if Plaintiff failed to obtain counsel prior to the Court's

21 deadline then the matter may be referred to the assigned Magistrate Judge for all

22 further proceedings.  *See* ECF No. 28.  The same day, the Court served Plaintiff and

23 his former attorney at their respective addresses of record via U.S. Post.  On February

24 12, 2024, the Court received notice from the U.S. Postal Service that service was not

25 completed as to Plaintiff's former attorney; the Court received no such notice as to

26 Plaintiff.  To date, new counsel has not filed a notice of appearance on Plaintiff's

27 behalf.  Further, Plaintiff has failed to notify the Court that he has obtained new

28 counsel and has not requested additional time to do so.

1

1         Accordingly, this matter is REFERRED to the assigned magistrate judge for all

2    further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and

3    hearings set before District Judge Daniel J. Calabretta are VACATED.  The parties

4    shall take note that all documents hereafter filed with the Clerk of the Court shall bear

5    case number:  2:21-cv-01862-DJC-CKD (PS).

6         **IT IS SO ORDERED.**

7

8    Dated:  March 15, 2024          /s/ Daniel J. Calabretta

9                                        THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28