UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK W. HOGGAN, | 2:21-cv-01862 DJC CKD (PS) |
| Plaintiff, | <u>ORDER TO SHOW CAUSE</u> |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, et al., | |
| Defendants. | |

    On January 8, 2024, the District Judge issued an order to show cause directing Plaintiff to respond within seven (7) days as to why this action should not be dismissed for failure to meet case deadlines and failure to prosecute. (ECF No. 26.) On January 30, 2024, Plaintiff filed a declaration indicating he was seeking to retain new counsel due to his attorney of record being disbarred. (ECF No. 27.) On January 30, 2024, the District Judge granted Plaintiff 30 days to retain new counsel and informed Plaintiff if no counsel was obtained, this action would be referred to the undersigned as a pro se action. (ECF No. 28.) Upon expiration of the 30 day deadline, and having received no notice from Plaintiff or Plaintiff's new counsel, the District Judge referred this action to the undersigned for all further proceedings pursuant to Local Rule 302(c)(21). (*Id.*)

///

1   The Court has considered whether this action should be dismissed or other sanctions imposed based on Plaintiff's continued failure to prosecute this action. In light of Plaintiff's pro se status, and the Court's desire to resolve the action on the merits, the Court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on Plaintiff's failure to prosecute this case; and
2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  May 6, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, hogg1862.21